**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**Southern DIVISION**

In re: MERIDIAN MEDICAL SYSTEMS LLC    §    Case No. 15-20640
                                       §
                                       §
                                       §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Nathaniel R. Hull, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $15,000.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $104,215.05 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $439,421.18 | | |

3) Total gross receipts of $543,636.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $543,636.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,230.00 | $93,839.53 | $9,259.27 | $9,259.27 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $203,967.55 | $204,579.19 | $204,579.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $234,841.99 | $234,841.99 | $234,841.99 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $125,757.00 | $125,757.00 | $125,757.00 | $94,955.78 |
| **TOTAL DISBURSEMENTS** | $131,987.00 | $658,406.07 | $574,437.45 | $543,636.23 |

4) This case was originally filed under chapter 7 on 09/11/2015, and it was converted to chapter 7 on 08/17/2016. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2021         By: /s/ Nathaniel R. Hull
                                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Return of Pre-petition funds paid by Debtor (DE 246) | 1241-000 | $82,636.23 |
| All residual claims held by Estate, other than the claims against C&M | 1249-000 | $141,000.00 |
| Potential Claims against Cesari and McKenna, LLP (U) | 1249-000 | $70,000.00 |
| Sale Proceeds from Chapter 11 Sale of Assets Approved at DE 177 | 1290-010 | $250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$543,636.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cesari and McKenna, LLP | 4110-000 | NA | $84,580.26 | $0.00 | $0.00 |
| 2 | Hamilton, Brook, Smith & Reynolds, P.C. | 4110-000 | $6,230.00 | $7,669.27 | $7,669.27 | $7,669.27 |
| 5 | Woolwich Self Storage | 4110-000 | NA | $1,590.00 | $1,590.00 | $1,590.00 |
| | **TOTAL SECURED** | | **$6,230.00** | **$93,839.53** | **$9,259.27** | **$9,259.27** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Nathaniel R. Hull | 2100-000 | NA | $30,431.81 | $30,431.81 | $30,431.81 |
| Trustee, Expenses - Nathaniel R. Hull | 2200-000 | NA | $12.65 | $12.65 | $12.65 |
| Attorney for Trustee Fees - Verrill Dana, LLP | 3110-000 | NA | $133,651.50 | $133,651.50 | $133,651.50 |
| Attorney for Trustee, Expenses - Verrill Dana, LLP | 3120-000 | NA | $922.30 | $922.30 | $922.30 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $611.64 | $611.64 |
| Costs to Secure/Maintain Property - Evidox Corporation | 2420-000 | NA | $250.00 | $250.00 | $250.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $4,525.95 | $4,525.95 | $4,525.95 |
| Income Taxes - Internal Revenue Service (post-petition) - United States Treasury | 2810-000 | NA | $17,082.51 | $17,082.51 | $17,082.51 |
| Other Chapter 7 Administrative Expenses - U.S. Trustee Payment Center | 2990-000 | NA | $2,279.88 | $2,279.88 | $2,279.88 |
| Accountant for Trustee Fees (Other Firm) - Lanman Rayne, PLLC | 3410-000 | NA | $14,564.00 | $14,564.00 | $14,564.00 |
| Accountant for Trustee Expenses (Other Firm) - Lanman Rayne, PLLC | 3420-000 | NA | $246.95 | $246.95 | $246.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$203,967.55** | **$204,579.19** | **$204,579.19** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Special Counsel Fees (Chapter 11) - Cesario Burke | 6210-600 | NA | $25,162.60 | $25,162.60 | $25,162.60 |
| Attorney for D-I-P Expenses - Eaton Peabody | 6220-170 | NA | $192,179.39 | $192,179.39 | $192,179.39 |
| Prior Chapter Realtor for Trustee/DIP Fees - Forge 360 | 6510-000 | NA | $17,500.00 | $17,500.00 | $17,500.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$234,841.99** | **$234,841.99** | **$234,841.99** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Jeffrey Carr c/o Timothy J. McKeon | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | Robert Allison c/o Timothy J. McKeon | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 7 | Kenneth L. Carr | 7100-000 | $125,757.00 | $125,757.00 | $125,757.00 | $94,955.78 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$125,757.00** | **$125,757.00** | **$125,757.00** | **$94,955.78** |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 15-20640 | | Trustee Name: | (390130) Nathaniel R. Hull |
|---|---|---|---|---|
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | | Date Filed (f) or Converted (c): | 08/17/2016 (c) |
| | | | § 341(a) Meeting Date: | 09/09/2016 |
| For Period Ending: | 06/07/2021 | | Claims Bar Date: | 12/23/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TD Bank Business Checking (ending - 9986) | 15,000.00 | 20.24 | | 0.00 | FA |
| 2 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 3 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 6 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 9 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 10 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 11 | VOID<br>ASSET SOLD IN CHAPTER 11; ASSET UPDATED PER HANDBOOK | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Return of Pre-petition funds paid by Debtor (DE 246) (u) | 0.00 | 82,636.23 | | 82,636.23 | FA |
| 13 | Sale Proceeds from Chapter 11 Sale of Assets Approved at DE 177 (u)<br>Paragraph 6 of the Order provides that liens, claims, interests and encumbrances of any junior secured creditors and Kenneth Carr to attach to such surplus proceeds, to the extent of their validity, enforceability and priority. | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 14 | Miscellaneous laboratory equipment (Storage unit located at One Chestnut Street, Nashua, New Hampshire 03060)<br>Asset abandoned at DE 275 | 0.00 | 0.00 | OA | 0.00 | FA |

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 15-20640 | | Trustee Name: | (390130) Nathaniel R. Hull |
|---|---|---|---|---|
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | | Date Filed (f) or Converted (c): | 08/17/2016 (c) |
| | | | § 341(a) Meeting Date: | 09/09/2016 |
| For Period Ending: | 06/07/2021 | | Claims Bar Date: | 12/23/2016 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | File cabinets and miscellaneous records from company (Storage Unit at Woolwich Self Storage, 26 Road B, Woolwich, Maine) | 0.00 | 0.00 | OA | 0.00 | FA |
| 16* | Potential Claims against Cesari and McKenna, LLP (U) (u) (See Footnote) | 0.00 | 70,000.00 | | 70,000.00 | FA |
| 17* | All residual claims held by Estate, other than the claims against C&M (u) All residual claims as set forth in Motion to Sell at Dkt. No. 328 (See Footnote) | 0.00 | 141,000.00 | | 141,000.00 | FA |
| 17 | **Assets Totals (Excluding unknown values)** | **$15,000.00** | **$543,656.47** | | **$543,636.23** | **$0.00** |

RE PROP# 16    Updated to reflect value of compromise with Cesari and McKenna, LLP

RE PROP# 17    All residual claims as set forth in Motion to Sell at Dkt. No. 328

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| Case No.: 15-20640 | Trustee Name: (390130) Nathaniel R. Hull |
| Case Name: MERIDIAN MEDICAL SYSTEMS LLC | Date Filed (f) or Converted (c): 08/17/2016 (c) |
| | § 341(a) Meeting Date: 09/09/2016 |
| For Period Ending: 06/07/2021 | Claims Bar Date: 12/23/2016 |

**Major Activities Affecting Case Closing:**

26 APR 2021 - Distributions made; also received a notice from IRS that they are waiving the FY 2019 penalties so there should be a return of those funds. Will send those funds to K. Carr once received. Still no word on the FY2016 funds.

31 MAR 2021 - TFR noticed - waiting on approval from court

5 JAN 2021 - discussions with counsel to sole remaining GUC underway about next steps with taxing authorities.

23 SEP 2020 - have final draft of tax determination motion

3 JUL 2020 - continue to work on tax determination in case

3 APR 2020 - working on tax determination motion in case

12 MAR 2020 - sent out tax filings and K1s.

6 JAN 2020 - will file tax determination motion and then final tax returns and final TFR

27 NOV 2019 - claim transferred to K. Carr. Updated distribution and will draw checks now that objection deadline has run to interim distribution.

19 NOV 2019 - TIR approved. Waiting on final tax filings and response to request for waiver of penalties. Then I will prep TFR and be done.

4 OCT 2019 - TIR approved by UST and pending with court

5 SEP 2019 - submitted TID to the UST for review.

13 AUG 2019 - Payment from C&M received. Also, rec'd note from IRS requesting another 60 days for the FY2016 tax period abatement request

2 JUL 2019 - waiting on payment from C&M. Need to deal with threatened indemnification claim from O. Smith and for remaining penalty waiver to finalize.

13 JUN 2019 - rec'd correspondence from IRS regarding YE 2016 challenge. IRS Needs 60 additional days

24 MAY 2019 - Order entered on Cesari and McKenna LLP sale. Provided high bidder (Cesari and McKenna LLP) documents for payment. Will create $70,000 A/R

13 MAY 2019 - Rec'd letter approving request to remove penalties for the Tax Period 12/31/15. Requested additional information for the tax period ending 12/31/2016, which was provided on 13 MAY 2019.

30 APR 2019 - rec'd note that IRS needs additional 30 days to make decision on waiver of penalties request for FY 2016

29 APR 2019 - rec'd prompt determination request for 2018 TY. Nothing more to do. Still waiting on waiver decision from prior years

29 APR 2019 - sale motions filed for 2 sales.

3 APR 2019 - offers transmitted through counsel to 2 parties for sales of the remainder of MMS assets (i.e., potential malpractice claim and residual assets). Continuing to monitor

26 MAR 2019 - rec'd letter from IRS requesting another 60 days on the request for waiver of penalties for TY 2015.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| | |
|---|---|
| Case No.: 15-20640 | Trustee Name: (390130) Nathaniel R. Hull |
| Case Name: MERIDIAN MEDICAL SYSTEMS LLC | Date Filed (f) or Converted (c): 08/17/2016 (c) |
| | § 341(a) Meeting Date: 09/09/2016 |
| For Period Ending: 06/07/2021 | Claims Bar Date: 12/23/2016 |

2 MAR 2019 - filed tax returns and requests for prompt determination with IRS, MRS and sent 4 partners the K1s. Also, received another notice from the IRS w/r/t the 2016 Form 1065 with a notice they would need a further 60 days to respond to abatement request

28 JAN 2019 -rec'd 2nd letter from IRS responding to abatement request (for FY 2015) with notice that they would need 60 days to respond. Letter says nothing to do on my end for the time being.

2 JAN 2019 - rec'd letter from IRS responding to abatement request with notice that they would need 60 days to respond. Letter says nothing to do on my end for the time being.

14 NOV 2018 -called IRS regarding notice of intent to levy rec'd on 14 NOV 2018. Asked why received it. She said it was penalty form. I pointed out that I had submitted penalty abatement request setting out in detail why it was warranted. She said she is "researching" whether they received the form. Have a copy in my file and cover letter specifically mentions it. Need to resubmit ASAP with Form 843s for 2015 and 2016. Emailed LR to prepare the 843s and get them to me ASAP for filing.

Notices went out without

21 OCT 2018 - continue to discuss open issues with counsel

23 AUG 2018 - sent in the 2015 and 2016 federal returns. Waiting to hear from Bob Allison with non-residency affidavit on taxes so that Maine can be submitted. Will follow-up with tax professionals in week.

5 JUL 2018 - Checked in on status of tax returns and they are moving forward. Will speak with counsel about settling matter with law firm filing secured claim. Then deal with remaining liquidating indemnification claims as well as the estate's potential claims against 3rd parties. Matter with counsel and following up as appropriate.

4 APR 2018 - Waiting on tax returns and to settle matter with law firm filing secured claim. Then deal with remaining liquidating indemnification claims as well as the estate's potential claims against 3rd parties. Matter with counsel and following up as appropriate.

3 JAN 2018 - settlement pending approval

29 SEP 2017 - with counsel - continue to have regular updates. Working on global resolution

29 JUL 2017 continue to have regular contact with counsel regarding case

2 APR 2017 - matter with counsel; regular updates rec'd.

3 JAN 2017 - matter with counsel and regular contact. 250K from sale in segregated account. POE under control.

3 OCT 2016 :: matter with counsel with regular contact. Property of the estate is under my control

**Initial Projected Date Of Final Report (TFR):** 09/01/2017          **Current Projected Date Of Final Report (TFR):** 03/10/2021 (Actual)

| | |
|---|---|
| 06/07/2021 | /s/Nathaniel R. Hull |
| Date | Nathaniel R. Hull |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 15-20640 | Trustee Name: | Nathaniel R. Hull (390130) |
| --- | --- | --- | --- |
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7490 | Account #: | ******7900 Checking |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $50,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/01/16 | {13} | Eaton Peabody (Client Trust Account obo MMS | Sale Proceeds from Chapter 11 Sale of Assets Approved at DE 177 | 1290-010 | 250,000.00 | | 250,000.00 |
| 07/29/17 | 101 | International Sureties, Ltd. | Bond #016027599 | 2300-000 | | 146.72 | 249,853.28 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 483.91 | 249,369.37 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 475.44 | 248,893.93 |
| 12/12/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -959.35 | 249,853.28 |
| 05/25/18 | 102 | Evidox | Payment for document transmission and storage associated with settlement with K. Car | 2420-000 | | 250.00 | 249,603.28 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 486.90 | 249,116.38 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 458.50 | 248,657.88 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 505.15 | 248,152.73 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 488.39 | 247,664.34 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 251.68 | 247,412.66 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 296.40 | 247,116.26 |
| 11/12/19 | | To Account #******7901 | Transfer of sale proceeds | 9999-000 | | 247,116.26 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | | 250,000.00 | 250,000.00 | $0.00 |
| | Less: Bank Transfers/CDs | | 0.00 | 247,116.26 | |
| | Subtotal | | 250,000.00 | 2,883.74 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $250,000.00 | $2,883.74 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | |  | | |
|---|---|---|---|---|
| Case No.: | 15-20640 | Trustee Name: | Nathaniel R. Hull (390130) | |
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***7490 | Account #: | ******7901 Checking | |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $50,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/21/16 | {12} | Eaton Peabody | Return of pre-petition funds paid pursuant to Order at DE 246 | 1241-000 | 82,636.23 | | 82,636.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.60 | 82,604.63 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 114.53 | 82,490.10 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 126.22 | 82,363.88 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.14 | 82,245.74 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 126.16 | 82,119.58 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 110.24 | 82,009.34 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 121.88 | 81,887.46 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.93 | 81,777.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 129.38 | 81,648.15 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 117.43 | 81,530.72 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 113.36 | 81,417.36 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 128.82 | 81,288.54 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 113.02 | 81,175.52 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.86 | 81,062.66 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 128.25 | 80,934.41 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 108.65 | 80,825.76 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 116.25 | 80,709.51 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.21 | 80,597.30 |
| 07/28/18 | 101 | International Sureties, Ltd. | Premium for Bond No. 016027599 | 2300-000 | | 166.71 | 80,430.59 |
| 05/08/19 | {17} | Bath Savings Bank (Kenneth L Carr) | Kenneth L. Carr payment of high bid at auction. | 1249-000 | 141,000.00 | | 221,430.59 |
| 07/03/19 | | Wiley Rein obo Cesari & McKenna | Payment to compromise C&M claim | 1249-000 | 70,000.00 | | 291,430.59 |
| | {16} | | Acct #; Payment #1  $70,000.00 | 1249-000 | | | |
| 08/08/19 | 102 | International Sureties, Ltd. | Chapter 7 Blanket Bond #016027599 | 2300-000 | | 249.16 | 291,181.43 |
| 11/12/19 | | To Account #******7901 | Transfer of sale proceeds | 9999-000 | 247,116.26 | | 538,297.69 |
| 11/27/19 | 103 | Hamilton, Brook, Smith & Reynolds, P.C. | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $7,669.27; Claim # 2; Filed: $7,669.27 | 4110-000 | | 7,669.27 | 530,628.42 |

Page Subtotals:    $540,752.49    $10,124.07

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 15-20640 | Trustee Name: | Nathaniel R. Hull (390130) |
| --- | --- | --- | --- |
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7490 | Account #: | ******7901 Checking |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $50,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/27/19 | 104 | Woolwich Self Storage | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $1,590.00; Claim # 5; Filed: $1,590.00 | 4110-000 | | 1,590.00 | 529,038.42 |
| 11/27/19 | 105 | Lanman Rayne, PLLC | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $246.95; Claim # Acct. Exp.; Filed: $246.95 | 3420-000 | | 246.95 | 528,791.47 |
| 11/27/19 | 106 | Lanman Rayne, PLLC | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $11,039.00; Claim # Acct. Fee ; Filed: $11,039.00 | 3410-000 | | 11,039.00 | 517,752.47 |
| 11/27/19 | 107 | Verrill Dana, LLP | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $867.55; Claim # Atty. Exp.; Filed: $867.55 | 3120-000 | | 867.55 | 516,884.92 |
| 11/27/19 | 108 | Verrill Dana, LLP | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $123,297.50; Claim # Atty. Fee; Filed: $123,297.50 | 3110-000 | | 123,297.50 | 393,587.42 |
| 11/27/19 | 109 | Nathaniel R. Hull | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $22,977.61; Claim # Trustee FEE; Filed: $30,431.81 | 2100-000 | | 22,977.61 | 370,609.81 |
| 11/27/19 | 110 | U.S. Trustee Payment Center | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $2,279.88; Claim # 6; Filed: $2,279.88 Stopped on 02/18/2020 | 2990-000 | | 2,279.88 | 368,329.93 |
| 11/27/19 | 111 | Cesario Burke | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $25,162.60; Claim # Cesario Fees; Filed: $25,162.60 | 6210-600 | | 25,162.60 | 343,167.33 |
| 11/27/19 | 112 | Eaton Peabody | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $192,179.39; Claim # Eaton - Fees ; Filed: $192,179.39 | 6220-170 | | 192,179.39 | 150,987.94 |
| 11/27/19 | 113 | Forge 360 | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $17,500.00; Claim # Forge 360; Filed: $17,500.00 | 6510-000 | | 17,500.00 | 133,487.94 |
| 11/27/19 | 114 | Kenneth L. Carr | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $15,000.00; Claim # 7; Filed: $125,757.00 | 7100-000 | | 15,000.00 | 118,487.94 |
| 11/27/19 | 115 | MERIDIAN MEDICAL SYSTEMS LLC | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $118,487.94; Claim # SURPLUS; Filed: $0.00 Stopped on 11/27/2019 | 8200-002 | | 118,487.94 | 0.00 |

Page Subtotals:    $0.00    $530,628.42

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 15-20640 | Trustee Name: | Nathaniel R. Hull (390130) |
|---|---|---|---|
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7490 | Account #: | ******7901 Checking |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $50,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/27/19 | 115 | MERIDIAN MEDICAL SYSTEMS LLC | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $118,487.94; Claim # SURPLUS; Filed: $0.00 Stopped: check issued on 11/27/2019 | 8200-002 | | -118,487.94 | 118,487.94 |
| 12/06/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******6749 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX6749 | 9999-000 | | 118,487.94 | 0.00 |
| 02/18/20 | 110 | U.S. Trustee Payment Center | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $2,279.88; Claim # 6; Filed: $2,279.88 Stopped: check issued on 11/27/2019 | 2990-000 | | -2,279.88 | 2,279.88 |
| 03/04/20 | | Transfer Debit To | Transfer Debit To | 9999-000 | | 2,279.88 | 0.00 |
| | | **COLUMN TOTALS** | | | 540,752.49 | 540,752.49 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 247,116.26 | 120,767.82 | |
| | | **Subtotal** | | | 293,636.23 | 419,984.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$293,636.23** | **$419,984.67** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 15-20640 | Trustee Name: | Nathaniel R. Hull (390130) |
|---|---|---|---|
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7490 | Account #: | ******6749 Checking Account |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $50,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/06/19 |  | Transfer Credit from Mechanics Bank acct ******7901 | Transition Credit from Mechanics Bank acct XXXXXX7901 | 9999-000 | 118,487.94 |  | 118,487.94 |
| 03/04/20 |  | Transfer Credit from | Transition Credit from | 9999-000 | 2,279.88 |  | 120,767.82 |
| 03/09/20 | 1000 | U.S. Trustee Payment Center | U.S. Trustee Quarterly Fees | 2990-000 |  | 2,279.88 | 118,487.94 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 94.81 | 118,393.13 |
| 04/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 189.23 | 118,203.90 |
| 05/29/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 182.63 | 118,021.27 |
| 06/17/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | -182.63 | 118,203.90 |
| 06/24/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | -284.04 | 118,487.94 |
| 08/05/20 | 1001 | International Sureties, Ltd. | Bond Number 016227841 | 2300-000 |  | 49.05 | 118,438.89 |
| 01/07/21 | 1002 | United States Treasury | Tax Period 12/31/2016 Penalty Payment for EIN: 04-3567490 - Form 1065 | 2810-000 |  | 10,425.85 | 108,013.04 |
| 01/07/21 | 1003 | United States Treasury | Tax Period 2/28/2019 Penalty Payment for EIN: 04-3567490 - Form 1065 | 2810-000 |  | 6,656.66 | 101,356.38 |
| 04/26/21 | 1004 | Lanman Rayne, PLLC | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 24.20% of $14,564.00; Claim # Acct. Fee ; Filed: $14,564.00 | 3410-000 |  | 3,525.00 | 97,831.38 |
| 04/26/21 | 1005 | Verrill Dana, LLP | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 5.94% of $922.30; Claim # Atty. Exp.; Filed: $922.30 | 3120-000 |  | 54.75 | 97,776.63 |
| 04/26/21 | 1006 | Verrill Dana, LLP | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 7.75% of $133,651.50; Claim # Atty. Fee; Filed: $133,651.50 | 3110-000 |  | 10,354.00 | 87,422.63 |
| 04/26/21 | 1007 | Nathaniel R. Hull | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 100.00% of $12.65; Claim # TE; Filed: $12.65 | 2200-000 |  | 12.65 | 87,409.98 |
| 04/26/21 | 1008 | Nathaniel R. Hull | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 24.49% of $30,431.81; Claim # Trustee FEE; Filed: $30,431.81 | 2100-000 |  | 7,454.20 | 79,955.78 |
| 04/26/21 | 1009 | Kenneth L. Carr | 15-20640; MERIDIAN MEDICAL SYSTEMS LLC; Distribution payment - Dividend paid at 63.58% of $125,757.00; Claim # 7; Filed: $125,757.00 | 7100-000 |  | 79,955.78 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 120,767.82 | 120,767.82 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 120,767.82 | 0.00 |  |
|  |  | Subtotal |  |  | 0.00 | 120,767.82 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $0.00 | $120,767.82 |  |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 15-20640 | Trustee Name: | Nathaniel R. Hull (390130) |
|---|---|---|---|
| Case Name: | MERIDIAN MEDICAL SYSTEMS LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7490 | Account #: | ******6730 Checking Account |
| For Period Ending: | 06/07/2021 | Blanket Bond (per case limit): | $50,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | |
|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** 15-20640 | **Trustee Name:** | Nathaniel R. Hull (390130) |
| **Case Name:** MERIDIAN MEDICAL SYSTEMS LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***7490 | **Account #:** | ******6730 Checking Account |
| **For Period Ending:** 06/07/2021 | **Blanket Bond (per case limit):** | $50,000,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7900 Checking | $250,000.00 | $2,883.74 | $0.00 |
| ******7901 Checking | $293,636.23 | $419,984.67 | $0.00 |
| ******6749 Checking Account | $0.00 | $120,767.82 | $0.00 |
| ******6730 Checking Account | $0.00 | $0.00 | $0.00 |
| | **$543,636.23** | **$543,636.23** | **$0.00** |

06/07/2021
Date

/s/Nathaniel R. Hull
Nathaniel R. Hull

UST Form 101-7-TDR (10 /1/2010)